

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2020

No. 04-19-00408-CV

Buck **MURRAY,**
Appellant

v.

**THE HONDO NATIONAL BANK,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCD-17-0000236
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Irene Rios, Justice

Appellant's motion for extension of time to file a motion for rehearing is GRANTED. Appellant's motion for rehearing is due on or before November 9, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court